UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GILBERT HERNANDEZ ROBLES, JR., | ) | CASE NO. ED CV 14-1123-R (PJW) |
| Petitioner, | ) | |
| | ) | ORDER DISMISSING |
| v. | ) | SECOND OR SUCCESSIVE HABEAS CORPUS |
| | ) | PETITION AND DENYING CERTIFICATE |
| SAN FRANCISCO, | ) | OF APPEALABILITY |
| | ) | |
| Respondent. | ) | |

Before the Court is Petitioner's sixth attempt to challenge his 1996 state conviction for second degree murder. His first petition was denied as untimely. *See Robles v. Court*, ED CV 12-158-R (PJW), April 26, 2012 Order Accepting Report and Recommendation of United States Magistrate Judge. This constituted a decision on the merits. *See McNabb v. Yates*, 576 F.3d 1028, 1029-30 (9th Cir. 2009). Thereafter, Petitioner filed four more petitions, challenging the same conviction, which were dismissed as second or successive. *See Robles v. United States*, ED CV 13-284-R (PJW), March 6, 2013 Order Dismissing Second or Successive Petition; *Robles v. Biter*, ED CV 14-662-R (PJW), April 14, 2014 Order Dismissing Second or Successive Petition; *Robles v. Biter*, ED CV 14-816-R (PJW), April 30, 2014 Order Dismissing Second or Successive Petition; *Robles v. Parent*, ED CV 14-1046-R (PJW), May

30, 2014 Order Dismissing Second or Successive Petition. The instant petition, his sixth, is also second and/or successive and is subject to dismissal on that ground. *See* 28 U.S.C. § 2244; *McNabb*, 576 F.3d at 1029-30 (holding dismissal of habeas petition for untimeliness renders subsequent petitions second or successive). Absent an order from the Ninth Circuit Court of Appeals, the Court does not have jurisdiction to entertain a second or successive petition. *See* 28 U.S.C. § 2244(3)(A). For that reason, the Petition is dismissed.

Further, the Court finds that Petitioner has not made a substantial showing of the denial of a constitutional right or that it erred in its procedural ruling and, therefore, a certificate of appealability will not issue in this action. *See* 28 U.S.C. § 2253(c)(2); Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

IT IS SO ORDERED.

DATED: JUNE 11, 2014.

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

Presented by:

_____
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

C:\Temp\notesD30550\robles_Ord_dismiss_successive pet.wpd