UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT HERNANDEZ ROBLES, JR., ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> SAN FRANCISCO, ) <br> ) <br> Respondent. ) <br> ) | CASE NO. ED CV 14-1123-R (PJW) <br><br> J U D G M E N T |

Pursuant to the Order Dismissing Second or Successive Habeas Corpus Petition,

IT IS ADJUDGED that the Petition is denied and this action is dismissed.

DATED: <u>JUNE 11, 2014</u>.

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

C:\Temp\notesD30550\Robles_Judgment.wpd